Before the First Division, March 26, 1953

No. 57210.—Wm. Filene's Sons Co. v. United States, protest 169259–K (Boston).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that certain items of the merchandise consist of turn or turned boots and shoes similar in all material respects to those the subject of *Railway Express Agency, Inc.* v. *United States* (27 Cust. Ct. 91, C. D. 1353), the claim of the plaintiff was sustained.

No. 57211.—P. A. Feinberg, Inc., et al. v. United States, protests 795410–G, etc. (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

Ford, J., concurred.

Mollison, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

No. 57212.—Brenner Bros. Fur Corp. v. United States, protests 892210–G, etc. (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

Ford, J., concurred.

Mollison, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

No. 57213.—Chas. Kalb, Inc. v. United States, protests 935596–G, etc. (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

Ford, J., concurred.

Mollison, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*